```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

| | |
|---|---|
| **CARL A. MITCHELL,** | : |
|     **Plaintiff,** | : |
| **vs.** | :   CIVIL ACTION 03-00870-CB-B |
| **RANDALL LUCAS,** *et al.*, | : |
|     **Defendants.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  Defendants' Motion for Summary Judgment is hereby GRANTED, and the entirety of Plaintiff's action against Defendants is dismissed with prejudice.

**DONE** this 24th  day of October**, 2005.**

                                             *s/Charles R. Butler, Jr.*
                                             **Senior United States District Judge**